JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Regents of the University of California, etc., <br><br> Plaintiff, <br><br> v. <br><br> Premera Blue Cross, et al, <br><br> Defendant(s). | SACV 16-00393 JVS (JCGx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED: July 7, 2017

_____
James V. Selna
United States District Judge